# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

CHARLES SMITH,

        Petitioner

: No. 356 EAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

CHARLES SMITH,

        Petitioner

: No. 357 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

        Respondent

        v.

CHARLES SMITH,

        Petitioner

: No. 358 EAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**



AND NOW, this 26th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.